IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL KLEINMAN, MMK HOLDINGS, L.P., and AUSPRO ENTERPRISES, L.P., | § § § § | |
| *Plaintiffs*, | § § | Civil Action No. 1:22-CV-00527-DAE |
| v. | § § § | JURY TRIAL DEMANDED |
| CITY OF CEDAR PARK, | § § § | |
| *Defendant*. | § | |

PLAINTIFFS' NOTICE OF APPEAL

Plaintiffs Michael Kleinman, MMK Holdings, L.P., and AusPro Enterprises, L.P. (together, "Plaintiffs") give notice of their appeal of the Order on Summary Judgment (Dkt. 114), entered in the above-styled and numbered case on March 3, 2025. The appeal will be to the United States Court of Appeals for the Fifth Circuit.

4900-5795-1276

Respectfully submitted,

_Sara Wilder Clark_
Texas State Bar No. 00794847
sclark@scottdoug.com
Jane Webre
Texas State Bar No. 21050060
jwebre@scottdoug.com
Eli Barrish
Texas State Bar No. 24144433
ebarrish@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399

Jeff L. Frazier
Texas State Bar No. 07404950
frazier.jeff@gmail.com
LAW OFFICES OF JEFF L. FRAZIER
436 East Coll Street
New Braunfels, TX 78130
Telephone: (830) 837-3300

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I certify that on March 31, 2025, the foregoing instrument was served on all counsel of record via the Court's CM/ECF system.

Lowell F. Denton
Denton Navarro Rodriguez
BERNAL SANTEE & ZECH, P.C.
2517 North Main Avenue
San Antonio, Texas 78212
lfdenton@rampagelaw.com

By: _____
Jane Webre

2

4900-5795-1276